**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **THOMASINA FERGUSON,** | **CERTIFICATE OF SERVICE** |
| **PLAINTIFF,** | |
| v. | **CIVIL ACTION NO.:** |
| **CITY OF ROCHESTER SCHOOL DISTRICT,** | _____ |
| **DEFENDANT.** | |

---

     I, ROBERT C. WEISSFLACH, ESQ., hereby certify that I served the foregoing Notice Of and Petition For Removal on Theodore S. Kantor, Esq., Attorney for Plaintiff, by causing a copy of said Notice Of and Petition For Removal to be placed in the First Class United States mail, postage prepaid, addressed to said attorney at Bilgore, Reich, Levine & Kantor, 16 East Main Street, Rochester, New York 14614.

Dated: Rochester, New York
       August 30, 2004

                                    /s/ Robert C. Weissflach
                                    Attorney for Defendant
                                    *City of Rochester School District*
                                    HARTER, SECREST & EMERY LLP
                                    1600 Bausch & Lomb Place
                                    Rochester, New York 14604-2711
                                    Telephone:  (585) 231-1454
                                    rweissflach@hselaw.com